Leo J. Kiley, Appellant, v. Samuel Rose, and Thomas Rose, d/b/a Rose Cartage Service, Appellees.

Gen. No. 46,696. (Abstract of Decision.)

First District, First Division.

April 2, 1956.

Rehearing denied April 30, 1956.

Released for publication April 30, 1956.

John J. Kennelly, for appellant; John J. Kennelly, and Edward Wolfe, of counsel; Crowe, Yates, Abrahamson & Fisk, for appellees; Burt A. Crowe, and Tom L. Yates, of counsel. Opinion by JUDGE BURKE. **Not to be published in full.**